IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.



ORDER

AND NOW, This 28th day of April, 2011, on reading and filing the certificate of the Clerk of this Court and the schedule thereto annexed; and in pursuance of Title 28, U.S.C., Section 2042, it is,

ORDERED that the Clerk transfer from the registry of the Court the sum of ONE THOUSAND DOLLARS, being the total amount shown in the annexed schedule of miscellaneous items remaining in the registry unclaimed by the persons entitled thereto, and pay the same to the Treasurer of the United States.

BY THE COURT:

Hon. Gordon Thompson, Jr.
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## SCHEDULE OF MISCELLANEOUS ITEMS

REMAINING INTEREST ON BOND OVER FIVE YEARS OLD. UNABLE TO LOCATE SURETY. SEE ATTACHED DOCUMENTS

| CASE NO. | CASE TITLE | AMOUNT |
|---|---|---|
| 05CR0500 | USA VS CASTILLO-Sierra<br>M/W: Jose Alfredo Catalan-Guevara | $500.00 |
| 05CR0500 | USA VS CASTILLO-Sierra<br>M/W: Maria Felix Gallardo-Cisneros | $500.00 |
| | **TOTAL** | **$1,000.00** |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.

### C E R T I F I C A T E

I, W. SAMUEL HAMRICK, JR., Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that the attached schedule contains a complete statement of all monies in the registry of the court to which the right to withdraw has been adjudicated or is not in dispute; and that such monies have remained deposited for at least five years unclaimed by the person entitled thereto.

2/16/2011
Date

W. Samuel Hamrick, Jr.
Clerk of Court